E-FILED
Friday, 19 May, 2006  05:00:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DANA R. PERKINS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 06-3073 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Petition under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (d/e 1). The Court now makes the initial consideration of Petitioner's Petition under Rule 4 of the Rules Governing § 2255 Cases.

After a review of the Petition, this Court finds that a summary dismissal is not warranted. Therefore, pursuant to Rule 4, the Court directs the United States to respond to Petitioner's Petition. The response shall discuss the merits and the procedural posture of the Petition. See Rule 5 of the Rules Governing § 2255 Cases.

THEREFORE, the United States Attorney is ordered to file an answer

pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2255 Cases to Petitioner's Petition on or before July 28, 2006.  Any reply by the Petitioner is due by August 18, 2006.

IT IS THEREFORE SO ORDERED.

ENTER:  May 19, 2006.

       FOR THE COURT:

                                      s/ Jeanne E. Scott
                                    JEANNE E. SCOTT
                         UNITED STATES DISTRICT JUDGE